IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LYNN GRAHAM TODD,

    Plaintiff,

vs.

RONALD TODD, LAROSA CRIME
FAMILY, GIOVANNI, GENEVESE,
CALABRESE, BONNANOE, SATAN
GROUP 1/2, PAGANS, HELLS ANGELS,
BLOODS/CRIPS, IRISH MAFIA, JEWISH
MAFIA, TALZABET,

    Defendants,

2:19-CV-01291-PLD

## MEMORANDUM ORDER

Plaintiff Lynn Graham Todd, who is proceeding *pro se*, has filed an application to proceed *in forma pauperis* along with a complaint. For the reasons set forth herein, Plaintiff's application is denied without prejudice.

Pursuant to 28 U.S.C. § 1915, a person who wishes to proceed *in forma pauperis* must submit an application that "includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Plaintiff filed the short form supplied by the Court in which she indicates that she has no wages or funds of any kind. Plaintiff failed to answer Questions 5, 6 or 7 on the application, however. Question 5 requests information about items of value, including an automobile, that she owns. Not only is her form incomplete, but the fact that she lists "car ins." as a debt or financial obligation in response to Question 8 suggests that she may own at least one item of value, *i.e.*, an automobile.

The application submitted by Plaintiff does not provide sufficient information to allow for an adequate understanding of Plaintiff's financial condition. Therefore, her application to proceed in district court without prepayment of fees or costs is **DENIED** without prejudice. If Plaintiff seeks to proceed in district court without prepayment of fees or costs, she must file an application which fully and completely responds to all questions. Any such application must be filed no later than **November 14, 2019**.

**SO ORDERED** this 17th day of October, 2019

_____
PATRICIA L. DODGE
United States Magistrate Judge

cc: Lynn Graham Todd
2981 Sebolt Road
South Park, PA 15129